UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LUCAS S. EVANS,<br><br>Plaintiff<br><br>v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS DIRECTOR et al.,<br><br>Defendants | Case No. 3:20-cv-00149-APG-WGC<br><br>ORDER |

## I. DISCUSSION

On April 23, 2021, the Court issued a screening order and granted Plaintiff until May 28, 2021 to file an amended complaint, or the case would be dismissed with prejudice for failure to state a claim. (ECF No. 3 at 11). On May 20, 2021, Plaintiff submitted a motion for an extension of time to file his amended complaint by June 28, 2021. (ECF No. 5).

The Court grants the motion for an extension of time. Plaintiff will file the amended complaint on or before June 28, 2021. If Plaintiff chooses not to file an amended complaint, the Court will recommend dismissal of this case with prejudice for failure to state a claim. (ECF No. 3 at 11).

For the foregoing reasons, it is ordered that the motion for extension of time (ECF No. 5) is granted. Plaintiff shall file his amended complaint on or before June 28, 2021.

It is further ordered that, if Plaintiff fails to timely file his amended complaint, this action will be dismissed for failure to state a claim.

DATED: May 24, 2021.

*William G. Cobb*
UNITED STATES MAGISTRATE JUDGE